# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 13-98-GMS |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| PAYNEARME, INC., 7-ELEVEN, INC. and AMAZON.COM, INC., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

Pursuant to D. Del. LR 7.1.2, Defendants PayNearMe, Inc., 7-Eleven, Inc. and Amazon.com, Inc. (collectively "Defendants") hereby move this Court for an order dismissing Plaintiff Walker Digital, LLC's Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

The grounds for this motion are further set forth in the Defendants' Opening Memorandum in Support of their Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), which is being filed contemporaneously herewith.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | POTTER ANDERSON & CORROON LLP |
| *Of counsel:* | By:  */s/ Richard L. Horwitz* |
|  | Richard L. Horwitz (#2246) |
| J. David Hadden | David E. Moore (#3983) |
| Carolyn Chang | Bindu A. Palapura (#5370) |
| FENWICK & WEST LLP | Hercules Plaza, 6th Floor |
| 801 California Street | 1313 N. Market Street |
| Mountain View, CA 94041 | Wilmington, DE  19801 |
| Telephone: (650) 988-8500 | Tel:  (302) 984-6000 |
|  | rhorwitz@potteranderson.com |
| *Counsel for PayNearMe, Inc. and* | dmoore@potteranderson.com |
| *7-Eleven, Inc.* | bpalapura@potteranderson.com |
|  | *Attorneys for Defendants PayNearMe, Inc., 7-Eleven, Inc., and Amazon.com, Inc.* |

Eliza V. Bechtold
Klaus H. Hamm
Salumeh R. Loesch
Jeffery S. Love
Kristen L. Reichenbach
Todd M. Siegel
Carla Todenhagen
Philip Warrick
Garth A. Winn
Klarquist Sparkman, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
Telephone:  (503) 595-5300

*Counsel for Amazon.com, Inc.*

Dated: March 11, 2013
1097838 / 39907

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on March 11, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 11, 2013, the attached document was Electronically Mailed to the following person(s):

Stamatios Stamoulis
Richard C. Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE  19809
stamoulis@swdelaw.com
weinblatt@swdelaw.com

By: /s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

1093348/39907/39922