IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:13-cv-00098-GMS |
| | ) |
| PAYNEARME, INC., 7-ELEVEN, INC. and | ) |
| AMAZON.COM, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF RICHARD C. WEINBLATT IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

I, Richard C. Weinblatt, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at Stamoulis & Weinblatt LLC. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6). I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. Attached to this declaration as Exhibit A is a true and correct copy of U.S. Patent No. 6,381,582.

3. Attached to this declaration as Exhibit B are true and correct copies of portions of Chapters 700 and 2100 of the Manual of Patent Examining Procedure (6th ed., rev. 3, July 1997) relating to the examination of patents for compliance with 35 U.S.C. § 101.

4. Attached to this declaration as Exhibit C is a true and correct copy of *LML Patent Corp. v. JPMorgan Chase & Co.*, 2:08-cv-448 (E.D. Tex. Sept. 20, 2010).

I declare under the penalty of perjury that the foregoing is true and correct. Executed on March 28, 2013.

2

                        */s/ Richard C. Weinblatt*
                        Richard C. Weinblatt #5080

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2013, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080