IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVENTOR HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:13-cv-96-GMS |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| INVENTOR HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:13-cv-98-GMS |
| ) | |
| PAYNEARME, INC., 7-ELEVEN, INC. and ) | |
| AMAZON.COM, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| INVENTOR HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:14-cv-185-GMS |
| ) | |
| KMART CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| INVENTOR HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:14-cv-448-GMS |
| ) | |
| BED BATH & BEYOND INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I certify that on July 11, 2014, a true and correct copy of Plaintiff Inventor Holdings, LLC's Initial Disclosures was served upon the following counsel by electronic mail:

Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

*Attorneys for Defendants*
*Wal-Mart Stores, Inc., PayNearMe, Inc.,*
*7-Eleven, Inc. and Amazon.com, Inc.*

Susan M. Coletti
Jeremy D. Anderson
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19801

Neil J. McNabnay
Ricardo Bonilla
David Conrad
Theresa M. Dawson
FISH & RICHARDSON P.C.
1717 Main Street
Suite 5000
Dallas, TX 75201

*Counsel for Defendant*
*Bed Bath & Beyond Inc.*

Bijal V. Vakil
Eric Lancaster
Carmen Lo
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alta, CA 94306

*Attorneys for Defendants*
*Wal-Mart Stores, Inc.*

J. David Hadden
Carolyn Chang
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041

*Attorneys for Defendants*
*PayNearMe, Inc., 7-Eleven, Inc. and Amazon.com, Inc.*

Karen L. Pascale
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

John G. Bisbikis
Brett E. Bachtell
Zachary L. Getzelman
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois 60606

*Attorneys for Defendant*
*Kmart Corporation*

2

Dated: July 11, 2014                                  STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
    stamoulis@swdelaw.com
Richard C. Weinblatt #5080
    weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*Attorneys for Plaintiff*
*Inventor Holdings, LLC*