IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVENTOR HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:13-cv-98-GMS |
| | ) |
| PAYNEARME, INC., 7-ELEVEN, INC. and | ) |
| AMAZON.COM, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION AND ORDER

WHEREAS, the parties to this action have reached an agreement in principle to settle their disputes, and anticipate that it will take 21 days to document their agreement before they shall jointly move to dismiss with prejudice all claims and counterclaims asserted in this matter; and

WHEREAS, the parties would appreciate the opportunity to devote their attention and resources to completing such documentation, rather than to the expense of continuing to litigate;

NOW THEREFORE, IT IS HEREBY ORDERED, this _____ day of July, 2014, that this action is stayed for 21 days from entry of this Order. At the conclusion of that 21-day period, if a stipulation of dismissal has not been filed, counsel shall submit a report to the Court setting forth: (i) the status of the parties' agreement; and (ii) counsels' views as to whether a further extension of this stay would be productive.

1

| | |
|---|---|
| */s/ Richard C. Weinblatt* | */s/ David E. Moore* |
| Stamatios Stamoulis (#4606) | Richard L. Horwitz (#2246) |
| Richard C. Weinblatt (#5080) | David E. Moore (#3983) |
| STAMOULIS & WEINBLATT LLC | Bindu A. Palapura (#5370) |
| Two Fox Point Centre | POTTER ANDERSON & CORROON LLP |
| 6 Denny Road, Suite 307 | Hercules Plaza, 6th Floor |
| Wilmington, DE  19809 | 1313 N. Market Street |
| Telephone:  (302) 999-1540 | Wilmington, DE 19801 |
| stamoulis@swdelaw.com | Telephone:  (302) 984-6000 |
| weinblatt@swdelaw.com | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| *Attorneys for Plaintiff* | bpalapura@potteranderson.com |
| *Inventor Holdings, LLC* | |

*Attorneys for Plaintiff*
*Inventor Holdings, LLC*

J. David Hadden (admitted *pro hac vice*)
Carolyn Chang (admitted *pro hac vice*)
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:  (650) 988-8500
dhadden@fenwick.com
cchang@fenwick.com

*Attorneys for Defendants*
*PayNearMe, Inc., 7-Eleven, Inc. and Amazon.com, Inc.*

SO ORDERED, this ____ day of _____, 2014

_____
Hon. Gregory M. Sleet
United States District Judge

2